IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS PENSION TRUST FUND and WILL COUNTY LOCAL 174 WELFARE FUND, | )<br>)<br>)<br>) |
| Plaintiffs, | ) No. 14 CV 9854<br>)<br>) Judge Zagel |
| v. | )<br>) Magistrate Judge Soat Brown |
| ROCK-IT INTERIORS, INC., an Illinois Corporation, and EZEQUIEL HERNANDEZ, | )<br>)<br>) |
| Defendants. | ) |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, by and through their attorneys, and, in their Motion for Judgment in Sum Certain, pursuant to Federal Rule of Civil Procedure 55, state as follows:

1. Plaintiffs filed their Complaint against Defendants on December 9, 2014, and served Defendant Rock-It Interiors, Inc. on December 15, 2014.

2. Plaintiffs' Complaint alleged Defendant Rock-It was liable for an ERISA contributions delinquency as determined by an audit for the period June 1, 2003 through September 30, 2014, for its unpaid October 2014 contribution report, and for the balance of a defaulted installment note covering a prior ERISA delinquency with the Funds.

3. The Complaint alleged Defendant Hernandez was liable for the note balance based on his individual co-signature on the note.

4. Defendant Rock-It never answered the Complaint and is in default.

5. In the note, Defendant Hernandez

> authorizes, irrevocably, any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the

principal hereof, and confess judgment without process in favor of the payee or holder of this Note for such amount as may papear to be unpaid thereon together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all error which may intervene in any such proceedings, and consent ti immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

6. According to the declaration of Richard J. Wolf, Defendant Rock-It is delinquent to the Funds in the amount of $5,583.28, as determined by his firm's audit. Ex. A.

7. According to the declaration of Sarah Radtke, Defendants' installment note remains in default, with a balance of $13,627.81 outstanding. Ex. B.

8. According to the declaration of Sherry Bailey, the amount due on Defendant Rock-It's October 2014 contribution report is $1,705.20, with an extra $170.52 due in liquidated damages. Ex. C.

9. According to the declaration of Andrew S. Pigott, Plaintiffs' attorneys fees in this matter total $3,318.75. Ex. D.

WHEREFORE, Plaintiffs ask this Court to enter the order attached to this Motion as Exhibit E.

> Respectfully submitted,
> **TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS, et al.**
>
> By: ___s/ Andrew S. Pigott___
> One of their Attorneys

Donald D. Schwartz
Paul M. Egan
Andrew S. Pigott
**ARNOLD AND KADJAN**
203 N. LaSalle St., Suite 1650
Chicago, Illinois 60601
(312) 236-0415